IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:05CR97 |
| vs. ) | |
| ) | ORDER |
| JOSEPH J. FLEMING, ) | |
| Defendant. ) | |

Defendant Joseph J. Fleming appeared before the court on Monday, September 17, 2012 on a Petition for Warrant or Summons for Offender Under Supervision [82]. The defendant was represented by CJA Panel Attorney Julia A. Frank, and the United States was represented by Assistant U.S. Attorney John E. Higgins on behalf of Nancy A. Svoboda. The government did not request detention therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 15, 2012 at 9:30 a.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 17th day of September, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge